# United States District Court

__EASTERN__ DISTRICT OF __KENTUCKY__

Eastern District of Kentucky
FILED
JAN 1 4 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

James B. Todd
U.S. Magistrate Judge

UNITED STATES OF AMERICA
V.
DARYL KIMBERLY
4733 Camellia Drive
Suffolk, Virginia 23435-2011

CRIMINAL COMPLAINT

CASE NUMBER: 05-5006-M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about June 9th, 2004 in Pendleton County, in the Eastern District of Kentucky, defendant did knowingly travel in interstate commerce from the state of Virginia to Kentucky for the purpose of engaging in an unlawful sexual act, as defined in Title 18, United States Code, Section 2246(2), with a person under eighteen years of age, that is a 15 year old female minor, in violation of Title 18, United States Code, Section 2423(b).

I further state that I am a Kentucky State Police Detective, and that this complaint is based on the following facts:

SEE Attached Affidavit of KSP Detective Jackie Pickrell which is attached hereto and made a part hereof.

Continued on attached sheet and made a part hereof: ✓ Yes  __ No

_Jackie Pickrell_
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 14, 2005
_____
Date

James B. Todd
United States Magistrate Judge
**Name and Title of Judicial Officer**

at __Lexington, Kentucky__
City and State

_[signature]_
Signature of Judicial Officer