UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

CRIMINAL NO. 05-17-WOB                                   ELECTRONICALLY FILED

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                                        **EXHIBIT LIST**

DARYL KIMBERLY                                                        DEFENDANT

\* \* \* \* \* \* \* \*

Comes the United States of America, by counsel, and, in response to the Court's general order of discovery, submits the following Exhibit List in the above-referenced action:

    1.    Yahoo! profile for cm6062220006;

    2.    Photograph of minor victim;

    3.    Yahoo! profile for oceanman_2009 with picture;

    4.    Sprint telephone records for Daryl R. Kimberly;

    5.    email from oceanman_2009@yahoo.com to babyjoker1829@yahoo.com, dated June 21, 2004.

6. internet chat from May 30, 2004

7. Offline message from June 2, 2004

                            Respectfully submitted,
                            GREGORY F. TATENHOVE
                            UNITED STATES ATTORNEY


BY:    s/ Mark A. Wohlander
         Mark A. Wohlander
         Assistant United States Attorney
         110 W. Vine Street, Suite 400
         Lexington, KY  40507
         859-233-2661, ext. 126
         Mark.Wohlander@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2005, I electronically filed the foregoing Exhibit List with the clerk of the court by using the CM/ECF system.

I further certify that I mailed the foregoing document to the following non-registered CM/ECF participants:

>Hon. Steven N. Howe
>94 S. Main Street
>Dry Ridge, Kentucky 41035

>s/ Mark A. Wohlander
>Assistant United States Attorney
>Attorney for the United States
>United States Attorney's Office
>110 W. Vine Street, Ste. 400
>Lexington, KY. 40507-1671
>Phone: (859)233-2661, Ext.126
>Fax: (859)233-2747
>Mark.Wohlander@usdoj.gov