UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Criminal Minutes-General

Cov.Cr. **05-17-WOB** at **COVINGTON**                               **3/16/06**

U.S. vs. **DARYL KIMBERLY**

PRESENT:  **HON. WILLIAM O. BERTELSMAN  JUDGE**

| **Tammy Dallas** | **Joan Averdick** | **Robert McBride** |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant US Attorney |

**STEVEN HOWE**
 ATTORNEY FOR DEFENDANT                **X** Present  **X** Retained

---

**x**  Case called for restitution hearing
**x**   Attorney for government shall submit to the Court an Order setting forth restitution to be paid to victim per findings made on the record this date.

Copies: USA;USPO;USM;Steven Howe                          Clerk Init. **ted**

| TIC |  | 50 |
|---|---|---|