AO 187 (Rev. 7/87) Exhibit and Witness List

FILED
MAR 16 2006

# United States District Court

Eastern DISTRICT OF Kentucky
Covington

USA
v.
Daryl Kimberly

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 05-cr-17-WOB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William O. Bertelsman | Robert McBride | Steve Howe |
| TRIAL DATE(S) Restitution Hearing 5-16-06 | COURT REPORTER Joan Averdick | COURTROOM DEPUTY Tammy Dallas |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 0 | | 3-16-06 | witness | | Professor Lane Veltkamp, U.K. Dept of Psychiatry |
| 1 | | " | ✓ | ✓ | Report Professor Lane Veltkamp |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages