UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

Eastern District of Kentucky
F I L E D

NOV 2 9 2006

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES,          .
                        .
        Plaintiff       .
                        .  COV. CR. 05-17-WOB
    -v-                 .
                        .
DARYL KIMBERLY,         .
                        .  Covington, Kentucky
        Defendant       .  February 18, 2005
                        .  9:30 a.m.
                        .
. . . . . . . . . . . . . . . . . . . . . . . . . . .


            TRANSCRIPT OF PRETRIAL PROCEEDINGS
       BEFORE THE HONORABLE J. GREGORY WEHRMAN,
            UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For The Plaintiff:      EDWIN J. WALBOURN, III, ESQ.
                        Supv. Asst. U.S. Attorney
                        700 Scott Street, Suite 300
                        P.O. Box 72
                        Covington, Kentucky  41012-0072


For The Defendant:      STEVEN HOWE, ESQ.
                        94 South Main Street
                        Dry Ridge, Kentucky  41035


Court Reporter          Jamie Kallmeyer
                        Riverside Reporting
                        P.O. Box 949
                        Covington, Kentucky 41012-0949


Proceedings recorded by Stenomask and electronic
recording.

# ORIGINAL

FORM CSR - LASER  REPORTERS PAPER & MFG. CO.  800-626-6313

1    CLERK:  Covington Criminal 05-17,
2    United States versus Daryl Kimberly.
3    MAGISTRATE JUDGE WEHRMAN:  All right.
4    Mr. Kimberly -- for the record, you are Daryl
5    Kimberly?
6    MR. KIMBERLY:  Yes, sir.
7    MAGISTRATE JUDGE WEHRMAN:  All right.
8    Mr. Kimberly, on February 9th the grand jury
9    indicted you.  You are charged in count number
10   one with traveling in interstate commerce for
11   the purpose of engaging in unlawful sexual
12   acts.  Count number two charges you with use of
13   a facility or means of interstate commerce to
14   attempt, persuade, induce, entice and coerce a
15   minor female to engage in sexual activity.  And
16   count number three, use of interstate wire
17   communications to transfer obscene matter to a
18   minor.
19   Now, Mr. Kimberly, under count number
20   one of the indictment, the penalty you're
21   facing is not more than 30 years in jail, a
22   $250,000 fine, or both; count two, not less
23   than five years nor more than 30 years
24   imprisonment, $250,000 fine, or both; and count
25   three, not more than 10 years imprisonment,

1    $250,000 fine, or both.

2        I was accurate on all those, wasn't I,

3    Mr. Walbourn?

4        MR. WALBOURN:  Pardon me?

5        MAGISTRATE JUDGE WEHRMAN:  I was

6    accurate on those penalties?

7        MR. WALBOURN:  Yes, you are.

8        MAGISTRATE JUDGE WEHRMAN:  All right.

9    Mr. Howe, do you have a copy of the indictment?

10       MR. HOWE:  We do, Your Honor.  At this

11   time we will acknowledge receipt of a copy of

12   the indictment.  Prior to today's date, Mr.

13   Kimberly has gone over that, understands it,

14   and enters pleas of not guilty, reserving on

15   any and all pretrial and pre-arraignment

16   motions.  Judge, he's been previously before

17   the Court and a bond has been set.

18       MAGISTRATE JUDGE WEHRMAN:  I know.  Mr.

19   Kimberly, sir, do you understand everything --

20       MR. KIMBERLY:  Yes, sir.

21       MAGISTRATE JUDGE WEHRMAN:  -- that

22   you're charged with?  All right.  The plea of

23   not guilty is accepted.  Formal reading has

24   been waived in the indictment.

25       This is Judge Bertelsman's case.

1    Pretrial conference is March the 11th at 10:30.

2    Trial date, April the 11th at 10:00 a.m.

3        Any objection to his bond continuing in

4    this case?

5        MR. WALBOURN:  No, Your Honor.

6        MAGISTRATE JUDGE WEHRMAN:  All right.

7    Thank you very much.

8        MR. HOWE:  Thank you.

9        MR. WALBOURN:  Thank you.

                    - 0 -

                (END OF HEARING)

                    - 0 -

C-E-R-T-I-F-I-C-A-T-I-O-N


COMMONWEALTH OF KENTUCKY,

COUNTY OF KENTON, To-wit;



        The undersigned Court Reporter hereby certifies that:

        (1) foregoing pages represent an accurate and complete transcription of the entire record of the proceedings before the United States District Court for the Eastern District of Kentucky at Covington before the Honorable Magistrate Judge J. Gregory Wehrman, presiding, in the matter of United States versus Daryl Kimberly, held on February 18, 2005, and;

        (2) these pages constitute an original of the transcript of the proceeding.

        IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of November, 2006.


        Susan K. Lee, CVR-CM
        My commission expires on:
        February 27, 2010