# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# COVINGTON

**CRIMINAL ACTION NO. 05-17-DCR**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**V.**                                               **ORDER**

**DARYL KIMBERLY**                                                                         **DEFENDANT**

\* \* \* \*

The United States having moved the Court to exclude any evidence, testimony, or argument regarding the victim's past sexual history or sexual predisposition pursuant to Federal Rule of Evidence 412, and the Court being otherwise sufficiently advised, the motion is hereby GRANTED, and all evidence, testimony, and argument regarding the victim's past sexual history or sexual predisposition shall be EXCLUDED.

_____
UNITED STATES DISTRICT COURT JUDGE